## 60652. PARKER v. THE STATE.

BIRDSONG, Judge.

Appellant was convicted of three counts of robbery by intimidation with co-defendant Edward Jones (see *Jones v. State,* 156 Ga. App. 56, ante (1980)). Appellant's counsel has filed a request for permission to withdraw from the case.

We find that counsel's request comports with the requirements recited in *Bethay v. State,* 237 Ga. 625, 626 (229 SE2d 406) and set forth in Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493). Upon a full examination of the record and transcript in the case, we find the appeal to be wholly frivolous. *Bethay* supra; *Williams v. State,* 243 Ga. 531 (255 SE2d 51). Accordingly counsel is granted permission to withdraw and the appeal is dismissed.

*Judgment affirmed. Deen, C. J., and Sognier, J., concur.*

SUBMITTED SEPTEMBER 10, 1980 — DECIDED OCTOBER 9, 1980.

*Stephen H. Harris,* for appellant.
*Andrew J. Ryan, III, District Attorney,* for appellee.